UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LUIS BERNARDINO,

    Plaintiff,

v.

WALMART INC.,

    Defendant.

Case No. 2:23-cv-00823-JCM-NJK

**Order**

Defendant removed this case from state court to this Court on May 25, 2023. Docket No. 1. However, Defendant answered the complaint on May 10, 2023, while the case was still pending in state court. *See* Docket No. 1-3. Accordingly, the parties are hereby **ORDERED** to file, no later than July 19, 2023, a joint proposed discovery plan. In addition to the information required by Local Rule 26-1, the parties must also provide what, if any, discovery was completed while the case was pending in state court.

    IT IS SO ORDERED.

    Dated: July 12, 2023

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge