# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LUIS BERNARDINO,

      Plaintiff(s),

v.

WALMART INC.,

      Defendant(s).

Case No. 2:23-cv-00823-JCM-NJK

**Order**

[Docket No. 25]

Pending before the Court is a stipulation to extend case management deadlines in light of continuing medical treatment and a scheduled mediation.  Docket No. 25.  For good cause shown, the stipulation is **GRANTED** and deadlines are **SET** as follows:

- Amend pleadings/ add parties:  closed
- Initial experts:  October 7, 2024
- Rebuttal experts:  November 7, 2024
- Discovery cutoff:  December 9, 2024
- Dispositive motions:  January 9, 2025
- Joint proposed pretrial order:  February 10, 2025, or 30 days after resolution of dispositive motions

In addition to the above deadlines, the parties must file a joint status report regarding mediation by September 13, 2024.

IT IS SO ORDERED.

Dated: June 25, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1