1  **Tabetha A. Martinez, Esq. (NV 14237)**
   **Susan E. Gillespie, Esq. (NV 15227)**
2  **BURGER, MEYER & D'ANGELO, LLP**
   725 S 8th Street, Suite 200
3  Las Vegas, NV 89101
   **MAILING ADDRESS:**
4  999 Corporate Dr., Suite 225
   Ladera Ranch, CA 92694
5  Telephone: (949) 427-1888
   Facsimile: (949) 427-1889
6  Email: tmartinez@burgermeyer.com
              sgillespie@burgermeyer.com
7
   Attorneys for Defendant
8  WALMART, INC. f/k/a WAL-MART STORES, INC.
   d/b/a WALMART MARKET #4339
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUIS BERNARDINO, individually, | Case No.: 2:23-cv-00823-JCM-NJK |
| Plaintiff, | |
| vs. | **ORDER FOR THE SUBSTITUTION OF COUNSEL** |
| WALMART, INC. f/k/a WAL-MART STORES, INC. d/b/a WALMART MARKET #4339, DOES 1 through 100; and ROE CORPORATIONS 1 through 100, inclusive | |
| Defendant. | |

Pursuant to LR IA 11-(c), Defendant WALMART, INC. f/k/a WAL-MART STORES, INC. d/b/a WALMART MARKET #4339, hereby substitute the law firm of BURGER, MEYER & D'ANGELO, LLP, as their counsel of record in place and stead of KURT R. BONDS, ESQ. and TANYA M. FRASER, ESQ., of the law firm of HALL & EVANS, LLC. All future notices to the Plaintiff in this matter should be sent to:

Tabetha A. Martinez, Esq. (NV 14237)
Susan E. Gillespie, Esq. (NV 15227)
BURGER, MEYER & D'ANGELO, LLP
725 S 8th Street, Suite 200
Las Vegas, NV 89101
MAILING ADDRESS:
999 Corporate Dr., Suite 225

Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889

**IT IS SO AGREED AND STIPULATED:**

Dated: November 19, 2024.

HALL & EVANS, LLC

/s/ *Kurt R. Bonds*
Kurt R. Bonds, Esq.
NV Bar No. 6228
Tanya M. Fraser, Esq.
NV Bar No. 13872
*Former Attorneys for WALMART, INC. f/k/a WAL-MART STORES, INC. d/b/a WALMART MARKET #4339*

BURGER, MEYER & D'ANGELO, LLP

Tabetha A. Martinez, Esq.
NV Bar No. 14237
Susan E. Gillespie, Esq.
NV Bar 15227
*Attorneys for WALMART, INC. f/k/a WAL-MART STORES, INC. d/b/a WALMART MARKET #4339*

Dated: November 22, 2024.

WALMART, INC. f/k/a WAL-MART STORES, INC. d/b/a WALMART MARKET #4339

Brendan Fitzpatrick, Lead Counsel

**IT IS SO ORDERED** this 25th day of November, 2024.

_____
UNITED STATES MAGISTRATE JUDGE