# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUIS BERNARDINO,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>    Defendant. | Case No. 2:23-cv-00823-JCM-NJK<br><br>**Order**<br><br>[Docket No. 34] |

    Pending before the Court is the parties' seventh stipulation for extension of time. Docket No. 34. The Court hereby **SETS** a hearing for 9:00 a.m. on February 26, 2025, in Courtroom 3C.

    IT IS SO ORDERED.

    Dated: February 19, 2025

                                                                                     Nancy J. Koppe<br>
                                                                                  United States Magistrate Judge