FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COATS
Nevada Bar No. 12350
NAQVI INJURY LAW
9500 West Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Telephone: (702) 553-1000
Facsimile: (702) 553-1002
naqvi@naqvilaw.com
elizabeth@naqvilaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUIS BERNARDINO, individually, | Case No.:  2:23-cv-00823-JCM-NJK |
| Plaintiff, | **STIPULATION AND ORDER REGARDING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CAUSATION AND DAMAGES** |
| vs. | |
| WALMART INC. f/k/a WAL-MART STORES, INC. d/b/a WALMART MARKET #4339; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED to by and between Plaintiff LUIS BERNADINO ("Plaintiff"), by and through his attorneys of record, FARHAN R. NAQVI, ESQ. and ELIZABETH E. COATS, ESQ. of the law firm NAQVI INJURY LAW, and Defendant WALMART, INC. f/k/a WAL-MART STORES, INC. d/b/a WALMART MARKET #4339 ("Defendant"), by and through its attorney of record, TABETHA A. MARTINEZ, ESQ. and SUSAN E. GILLESPIE, ESQ. of the law firm BURGER, MEYER, & D'ANGELO, LLP, as follows.



1. IT IS HEREBY STIPULATED AND AGREED that Plaintiff will not assert that his left shoulder was injured as a result of the subject incident at the time of trial and will not seek the medical specials related thereto.

2. IT IS HEREBY FURTHER STIPULATED AND AGREED that Plaintiff will remove the $95,787.00 for treatment to his left shoulder from the computation of damages in Plaintiff's disclosure pursuant to F.R.C.P. 26(a)(1)(A)(iii).

3. IT IS HEREBY FURTHER STIPULATED AND AGREED that Plaintiff will continue to pursue the other damages asserted by him in this matter and that this stipulation does not apply to any such claims for damages.

4. IT IS HEREBY FURTHER STIPULATED AND AGREED that Defendant **withdraws** *Defendant's Motion for Partial Summary Judgment on Causation and Damages* filed on April 10, 2025 [Doc. ID 39], with each party to bear their own attorney's fees and costs related thereto.

DATED this 1st day of May, 2025.

NAQVI INJURY LAW

 /s/ Elizabeth E. Coats 
FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COATS
Nevada Bar No. 12350
9500 W. Flamingo Rd., Suite 104
Las Vegas, Nevada 89147
*Counsel for Plaintiff*

DATED this 1st day of May, 2025.

BURGER, MEYER & D'ANGELO, LLP

 /s/ Susan E. Gillespie 

TABETHA A. MARTINEZ, ESQ.
Nevada Bar No. 14237
SUSAN E. GILLESPIE, ESQ.
Nevada Bar No. 15227
999 Corporate Drive, Suite 225
Ladera Ranch, California 92694
*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

**DATED:** May 2, 2025

Page 2 of 2

