Tabetha A. Martinez, Esq. (NV 14237)
Susan E. Gillespie, Esq.  (NV 15227)
**BURGER, MEYER & D'ANGELO, LLP**
725 S 8th Street, Suite 200
Las Vegas, NV 89101
**MAILING ADDRESS:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: tmartinez@burgermeyer.com
         sgillespie@burgermeyer.com

Attorneys for Defendant
WALMART, INC. f/k/a WAL-MART STORES, INC.
d/b/a WALMART MARKET #4339

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUIS BERNARDINO, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC. f/k/a WAL-MART STORES, INC. d/b/a WALMART MARKET #4339, DOES 1 through 100; and ROE CORPORATIONS 1 through 100, inclusive<br><br>Defendant. | Case No.: 2:23-cv-00823-JCM-NJK<br><br>**ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE (FIRST REQUEST)** |

Pursuant to LR IA 6-1, the parties, by and through their respective counsel of record, hereby stipulate and respectfully request that this Court extend the Joint Pretrial Order deadline in the above-captioned matter. Good cause exists to extend the deadline for the reasons outlined herein.

**A. Case Background.**

This case arises from a slip and fall incident from which Plaintiff asserts significant injuries, including a neck injury involving a C3-7 decompression and reconstruction surgery, and a right shoulder injury that resulted in two surgeries. Plaintiff has continued to treat during this litigation and has disclosed over $717,000 in past medical specials in addition to a future lifecare plan and

wage loss.

During discovery, the parties participated in an initial mediation with the Honorable Jennifer Togliatti (Ret.) on September 6, 2024. While a settlement was not reached, strides were made. Following the completion of discovery, a Motion for Partial Summary Judgment was filed, after which the parties stipulated to withdraw the Motion for Partial Summary Judgment and certain damages claimed. With discovery now complete, the parties have agreed to attend a second mediation session with the Honorable Jennifer Togliatti (Ret.). Due to high demand, the soonest availability that Judge Togliatti currently has is late August 2025. As such, the mediation has been scheduled to occur on August 25, 2025. The deadline for filing the Joint Pretrial Order is currently May 16, 2025. Given the impending mediation, the parties have agreed that it is in the best interest of all parties, including the Court, that the deadline for filing the Joint Pretrial Order be continued to after the mediation. The good cause basis for such request is outlined below.

**B. Reason For the Requested Extension**

Due to the impending mediation, good cause exists to continue the deadline for filing the Joint Pretrial Order. Firstly, postponing the deadline will serve judicial economy as it will help to preserve judicial resources while the parties attempt resolution, which is particularly pertinent given that the Joint Pretrial Order and other judicial matters that follow will be rendered moot in the event a settlement is reached. Further, allowing the parties to place their efforts towards resolution rather than on pre-trial matters, including the Joint Pretrial Order and all that comes after it, will aid the parties' settlements efforts as it will help them to conserve litigation costs and resources while focusing on resolution, which will ultimately help to serve judicial economy and preserve judicial resources in the event a settlement is reached. Moreover, information obtained during the mediation may impact various aspects of trial, including information in the joint pretrial order. Ultimately, the additional requested time will allow the parties to participate in a second mediation in good faith and without incurring additional trial preparation fees and costs and without performing work on matters, including the Joint Pretrial Order, that may be rendered moot in the event a settlement is reached, which will be in the best interest of all involved, including the Court.

C. **Proposed Revised Pretrial Order Schedule**

The Joint Pretrial Order is due on May 16, 2025, and the parties are requesting an extension moving the deadline to **September 25, 2025**. This request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties in good faith solely for the purpose of allowing the parties to participate in a second mediation scheduled for August 25, 2025. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the extension.

WHEREFORE, the parties respectfully request that this Court extend the deadline for submitting their Joint Pretrial Order from the current deadline as outlined above.

| Dated May 13, 2025. | Dated May 13, 2025. |
|---|---|
| BURGER, MEYER & D'ANGELO, LLP | NAQVI INJURY LAW |
| /s/Susan E. Gillespie | /s/ Elizabeth E. Coats |
| TABETHA A. MARTINEZ, ESQ. | FARHAN R. NAQVI |
| Nevada Bar No. 14237 | Nevada Bar No. 8589 |
| SUSAN E. GILLESPIE, ESQ. | ELIZABETH E. COATS |
| Nevada Bar No. 15227 | Nevada Bar No. 12350 |
| 725 S 8th Street, Suite 200 | 9500 W. Flamingo Rd., Suite 104 |
| Las Vegas, NV 89101 | Las Vegas, Nevada 89147 |
| Attorneys for Defendant | Attorneys for Plaintiff |

_____
UNITED STATES MAGISTRATE JUDGE
Dated: May 14, 2025

STIPULATION