# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LUIS BERNARDINO,<br><br>   Plaintiff,<br><br>v.<br><br>WALMART INC., et al.,<br><br>   Defendants. | Case No. 2:23-cv-00823-JCM-NJK<br><br>**Order** |

In light of the parties' notice of settlement, Docket No. 45, the joint pretrial order deadline is **VACATED**. A stipulation of dismissal must be filed no later than October 24, 2025.

IT IS SO ORDERED.

Dated: September 25, 2025

_____
Nancy J. Koppe
United States Magistrate Judge