**Tabetha A. Martinez, Esq. (NV 14237)**
**Susan E. Gillespie, Esq. (NV 15227)**
**BURGER, MEYER & D'ANGELO, LLP**
725 S 8th Street, Suite 200
Las Vegas, NV 89101
**MAILING ADDRESS:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: tmartinez@burgermeyer.com
       sgillespie@burgermeyer.com

Attorneys for Defendant
WALMART, INC. f/k/a WAL-MART STORES, INC.
d/b/a WALMART MARKET #4339

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUIS BERNARDINO, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC. f/k/a WAL-MART STORES, INC. d/b/a WALMART MARKET #4339, DOES 1 through 100; and ROE CORPORATIONS 1 through 100, inclusive<br><br>Defendant. | Case No.: 2:23-cv-00823-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-entitled action, LUIS BERNARDINO and WALMART, INC. f/k/a WAL-MART STORES, INC. d/b/a WALMART MARKET #4339, by and through their respective counsels of record, that, subject to the terms of the settlement agreement signed by and entered into on behalf of all parties, that all claims and causes of action in the above-entitled action, including all direct claims, counterclaims, and cross-claims, are hereby dismissed <u>with prejudice</u> as to all parties, including as to all DOE and ROE defendants.

///

-1-

Each party is to bear its, his, or her own attorneys' fees and costs.

**IT IS SO STIPULATED.**

| Dated October 17, 2025. | Dated October 17, 2025. |
|---|---|
| BURGER, MEYER & D'ANGELO, LLP | NAQVI INJURY LAW |
| */s/Tabetha A. Martinez*<br>TABETHA A. MARTINEZ, ESQ.<br>Nevada Bar No. 14237<br>SUSAN E. GILLESPIE, ESQ.<br>Nevada Bar No. 15227<br>725 S 8th Street, Suite 200<br>Las Vegas, NV 89101<br>Attorneys for Defendant | */s/ Elizabeth E. Coats*<br>FARHAN R. NAQVI<br>Nevada Bar No. 8589<br>ELIZABETH E. COATS<br>Nevada Bar No. 12350<br>9500 W. Flamingo Rd., Suite 104<br>Las Vegas, Nevada 89147<br>Attorneys for Plaintiff |

**ORDER**

Pursuant to the above Stipulation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint in District Court Case No. 2:23-cv-00823-JCM-NJK is dismissed WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

DATED October 23, 2025.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:
**BURGER, MEYER & D'ANGELO, LLP**

*/s/Tabetha A. Martinez*
TABETHA A. MARTINEZ, ESQ.
Nevada Bar No. 14237
SUSAN E. GILLESPIE, ESQ.
Nevada Bar No. 15227
725 S 8th Street, Suite 200
Las Vegas, NV 89101
Attorneys for Defendant